1 | Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
2 | JENNER & BLOCK LLP
455 Market Street, Suite 2100
3 | San Francisco, California 94105
Telephone:  (628) 267-6800
4 | Facsimile:   (628) 267-6859
ledelstein@jenner.com
5 | pzielinski@jenner.com

6 | John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
7 | 1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
8 | Telephone:  (202) 639-6000
Facsimile:   (202) 639-6066
9 | jflynn@jenner.com

10 | *Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. <br><br> **DEFENDANT META PLATFORMS, INC.'S NOTICE OF REMOVAL** <br><br> [Removal from the Superior Court of California, County of San Mateo, Case No. 22-CIV-01176] <br><br> Action filed:  March 17, 2022 |

TO THE CLERK OF THE COURT AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Meta Platforms, Inc. ("Meta") hereby removes this action—with reservation of all defenses and rights—from the Superior Court of the State of California for the County of San Mateo, Case No. 22-CIV-01176, to the United States District Court for the Northern District of California. Removal is proper on the following grounds.

## I. BACKGROUND

1. On or about March 17, 2022, Plaintiff Justin Walker ("Plaintiff") filed a Class Action Complaint ("Complaint") on behalf of a putative class against Meta in the Superior Court of the State of California for the County of San Mateo captioned, *Justin Walker v. Meta Platforms, Inc.*, Case No. 22-CIV-01176. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and all other documents filed in the state court proceeding are attached as Exhibit A to this Notice of Removal. A copy of the state court case docket, current as of April 20, 2022, is attached as Exhibit B.

2. The Complaint alleges one claim for relief: violation of the federal Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.

3. Plaintiff alleges that Meta, as the owner and operator of Facebook.com, violated the VPPA "by disclosing its digital subscribers' personally identifiable information, or (as defined under the VPPA) without the proper consent." Compl. ¶ 1.

4. Plaintiff brings this action as a class action pursuant to California Code of Civil Procedure § 382.

5. Plaintiff seeks the following relief: (1) an order declaring that Meta's conduct violates the VPPA; (2) a payment of $2,500 in statutory damages to Plaintiff and each Class member pursuant to 18 U.S.C. § 2710(c)(2)(A); (3) punitive damages pursuant to pursuant to 18 U.S.C. § 2710(c)(2)(B); (4) prejudgment interest; (5) restitution; (6) injunctive relief; and (7) attorney's fees.

## II. TIMELINESS OF REMOVAL

6. Plaintiff served Meta, through Meta's agent for service of process, Corporation Service Company, with the Summons and Complaint on March 21, 2022. This notice of removal is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of service. *See* 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a)(1).

## III. JURISDICTION AND GROUNDS FOR REMOVAL

7. This case is properly removed to this Court because it presents a federal question under 28 U.S.C. § 1331. To invoke federal question jurisdiction, a plaintiff's claim must arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. An action "arises under" federal law if the complaint "establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Empire Healthchoice Assur., Inc.* v. *McVeigh*, 547 U.S. 677, 690 (2006) (quoting *Franchise Tax Bd. of Cal.* v. *Construction Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 27–28 (1983)).

8. The only claim for relief alleged in the Complaint is a violation of a federal statute, the VPPA, for which jurisdiction is explicitly conferred on the United States District Courts. *See* 18 U.S.C. § 2710(c)(1) ("Any person aggrieved by any act of a person in violation of this section may bring a civil action in a United States district court.").

9. Removal of this action is therefore proper under 28 U.S.C. §§ 1441 and 1446. *See* 28 U.S.C. § 1441(a) ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

10. Meta denies any and all liability, denies that Plaintiff or members of the putative class are entitled to the damages and/or other relief that Plaintiff seeks in this action, contends that Plaintiff's allegations are entirely without merit, and denies that any class can be certified in this case. Meta also does not admit any fact or waive any defenses, objections, or motions available

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

under state or federal law by filing this Notice of Removal. Meta expressly reserves the right to move for dismissal of Plaintiff's claim.

## IV. VENUE

11. The Oakland Division of the United States District Court for the Northern District of California is the appropriate venue for removal pursuant to 28 U.S.C. § 1441(a) and Local Rule 3-2(d) because the Superior Court for the County of San Mateo where the removed case was pending is located within this District and Division. *See* 28 U.S.C. § 84(a).

## V. COMPLIANCE WITH REMOVAL PROCEDURE

12. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

13. Meta will serve a copy of this Notice of Removal on Plaintiff's counsel and will file and serve a copy of this Notice with the Clerk of the Superior Court of California for the County of San Mateo, pursuant to 28 U.S.C. § 1446(d).

14. Meta reserves the right to amend or supplement this Notice of Removal. Meta further reserves all rights and defenses, including those available under the Federal Rules of Civil Procedure.

## VI. CONCLUSION

WHEREFORE, Meta hereby removes to this Court the above action pending against it in the Superior Court of California for the County of San Mateo. Meta respectfully requests that this Court exercise jurisdiction over this action and enter orders and grant relief as may be necessary to secure removal and to prevent further proceedings in this matter in the Superior Court of California for the County of San Mateo. Meta further requests such relief as the Court deems appropriate.

Dated: April 20, 2022                                    Respectfully submitted,

                                                                         JENNER & BLOCK LLP

                                                                         By: */s/   Laurie Edelstein*
                                                                         Laurie Edelstein (Bar No. 164466)

META PLATFORMS, INC.'S NOTICE OF REMOVAL                       Case No.
3

Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:  (628) 267-6800
Facsimile:   (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*