Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:   (628) 267-6800
Facsimile:    (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No.  4:22-cv-2442<br><br>**DEFENDANT META PLATFORMS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>[Removal from the Superior Court of California, County of San Mateo, Case No. 22-CIV-01176]<br><br>Action filed:  March 17, 2022 |

1  Defendant Meta Platforms, Inc. ("Meta") hereby submits this Certification of Interested
2  Entities or Persons.
3  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
4  the named parties, there is no such interest to report.
5  Meta will advise this Court in the event it learns of any additional interested entities or
6  persons that must be identified pursuant to Civil Local Rule 3-15.

Dated: April 20, 2022                     Respectfully submitted,

                                          JENNER & BLOCK LLP

                                          By: /s/  Laurie Edelstein

                                          Laurie Edelstein (Bar No. 164466)
                                          Paige Zielinski (Bar No. 318639)
                                          JENNER & BLOCK LLP
                                          455 Market Street, Suite 2100
                                          San Francisco, California 94105
                                          Telephone:  (628) 267-6800
                                          Facsimile:   (628) 267-6859
                                          ledelstein@jenner.com
                                          pzielinski@jenner.com

                                          John Flynn (Bar No. 196294)
                                          JENNER & BLOCK LLP
                                          1099 New York Avenue, NW, Suite 900
                                          Washington, D.C. 20001
                                          Telephone:   (202) 639-6000
                                          Facsimile:    (202) 639-6066
                                          jflynn@jenner.com

                                          *Attorneys for Defendant Meta Platforms, Inc.*

META PLATFORMS, INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS                                      Case No. 4:22-cv-2442

1