Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:  (628) 267-6800
Facsimile:   (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  (202) 639-6000
Facsimile:   (202) 639-6066
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 4:22-cv-2442 <br><br> **DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** <br><br> [Removal from the Superior Court of California, County of San Mateo, Case No. 22-CIV-01176] <br><br> Action filed: March 17, 2022 |

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Meta Platforms, Inc. ("Meta") hereby submits this Corporate Disclosure Statement. Undersigned counsel of record certifies that Meta does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock. Meta is a publicly held company organized under the laws of Delaware.

Dated: April 20, 2022

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Laurie Edelstein

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:  (628) 267-6800
Facsimile:   (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*