# EXHIBIT B

## Case Information

22-CIV-01176 | JUSTIN WALKER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED vs Meta Platforms, Inc.

Case Number
22-CIV-01176

Court
Civil Unlimited

Judicial Officer
Swope, V. Raymond

File Date
03/17/2022

Case Type
Complex Civil Unlimited Class Action

Case Status
Active

## Party

Plaintiff
JUSTIN WALKER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Active Attorneys ▼
Lead Attorney
CARPENTER, TODD D
Retained

Defendant
Meta Platforms, Inc.

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
| --- | --- | --- | --- | --- |

| 03/17/2022 | Complaint | Action | JUSTIN WALKER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | Meta Platforms, Inc. |

## Events and Hearings

03/17/2022 New Filed Case

03/17/2022 Civil Case Cover Sheet ▼

Civil Case Cover Sheet

03/17/2022 Certificate Re: Complex Case Designation ▼

Certificate Re: Complex Case Designation

03/17/2022 Summons Issued / Filed ▼

Summons Issued / Filed

03/17/2022 Complaint ▼

Complaint

03/17/2022 Notice of Assignment for All Purposes ▼

Notice of Assignment for All Purposes

03/17/2022 **Cause Of Action** ▼

| Action | File Date |
| Complaint | 03/17/2022 |

03/30/2022 Proof of Service by PERSONAL SERVICE of ▼

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; ETC...

Comment
SUMMONS; COMPLAINT; ETC...

03/30/2022 Proof of Service by PERSONAL SERVICE of ▾

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; ETC...

Comment
SUMMONS; COMPLAINT; ETC...

04/06/2022 Case Management Order ▾

Case Management Order #1

Comment
#1

04/06/2022 Affidavit of Mailing ▾

Affidavit of Mailing Case Management Order #1

Comment
Case Management Order #1

08/12/2022 Case Management and Trial Setting Conference ▾

Hearing Time
3:00 PM

## Financial

JUSTIN WALKER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $2,435.00 |
| Total Payments and Credits | | | | $1,435.00 |
| 3/18/2022 | Transaction Assessment | | | $1,435.00 |
| 3/18/2022 | eFile Online Payment | Receipt # 2022-010586-HOJ | Walker, Justin | ($1,435.00) |
| 3/21/2022 | Transaction Assessment | | | $1,000.00 |

**Documents**

Civil Case Cover Sheet

Certificate Re: Complex Case Designation

Summons Issued / Filed

Complaint

Notice of Assignment for All Purposes

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; ETC...

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; ETC...

Affidavit of Mailing Case Management Order #1

Case Management Order #1