| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Todd D. Carpenter (Bar No. 234464) |
| Paige Zielinski (Bar No. 318639) | LYNCH CARPENTER, LLP |
| JENNER & BLOCK LLP | 1350 Columbia Street, Ste. 603 |
| 455 Market Street, Suite 2100 | San Diego, California 92101 |
| San Francisco, California 94105 | Telephone: (619) 762-1900 |
| Telephone: (628) 267-6800 | todd@lcllp.com |
| ledelstein@jenner.com | |
| pzielinski@jenner.com | Alex R. Straus (Bar No. 321366) |
| | MILBERG COLEMAN BRYSON PHILLIPS |
| John Flynn (Bar No. 196294) | GROSSMAN, PLLC |
| JENNER & BLOCK LLP | 280 S. Beverly Drive |
| 1099 New York Avenue, NW, Suite 900 | Beverly Hills, CA 90212 |
| Washington, D.C. 20001 | Telephone: (917) 471-1894 |
| Telephone: (202) 639-6000 | astraus@milberg.com |
| jflynn@jenner.com | |
| | [Additional Counsel for Plaintiff on signature page] |
| *Attorneys for Defendant Meta Platforms, Inc.* | *Attorneys for Plaintiff Justin Walker* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-02442-SK<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-1; [PROPOSED] ORDER**<br><br>Action filed: March 17, 2022 |

Plaintiff Justin Walker ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the initial Complaint in this matter was filed on March 17, 2022 in the Superior Court of California for the County of San Mateo, Case No. 22-civ-01176;

WHEREAS, Meta was served with a copy of the Summons and Complaint on March 21, 2022;

WHEREAS, Meta filed a timely Notice of Removal to the United States District Court for the Northern District of California on April 20, 2022 (ECF No. 1);

WHEREAS, this case has been assigned to Magistrate Judge Sallie Kim (ECF No. 2);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2), Meta's responsive pleading is due seven (7) days after the filing of the Notice of Removal or April 27, 2022;

WHEREAS, the parties met and conferred by email on April 15, 2022 and by videoconference on April 18, 2022 and agreed to extend the time for Meta to respond to the Complaint to thirty (30) days after Meta's filing of the Notice of Removal or May 20, 2022;

WHEREAS, Meta anticipates filing a Motion to Dismiss the Complaint;

WHEREAS, the parties agreed that Plaintiff shall have until June 20, 2022 to file any opposition to Meta's anticipated Motion to Dismiss and Meta shall have until July 7, 2022 to file any reply in support of its anticipated Motion to Dismiss;

WHEREAS, the parties have not previously requested an extension of any other deadlines in the above-entitled matter;

WHEREAS, extending the foregoing deadlines will not impact any other deadlines in this case, including those set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6);

THEREFORE, pursuant to Civil Local Rule 6-1, the parties, by and through their respective counsel, stipulate and agree that the time for Meta to respond to the Complaint shall be extended to May 20, 2022; Plaintiff shall have until June 20, 2022 to file an opposition to Meta's anticipated Motion to Dismiss; and Meta shall have until July 7, 2022 to file a reply in support of its anticipated Motion to Dismiss.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 26, 2022 | Respectfully submitted, |
| | JENNER & BLOCK LLP |
| | By: /s/     Laurie Edelstein |
| | Laurie Edelstein (Bar No. 164466)<br>Paige Zielinski (Bar No. 318639)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, California 94105<br>Telephone:   (628) 267-6800<br>ledelstein@jenner.com<br>pzielinski@jenner.com |
| | John Flynn (Bar No. 196294)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, D.C. 20001<br>Telephone:   (202) 639-6000<br>jflynn@jenner.com |
| | *Attorneys for Defendant Meta Platforms, Inc.* |
| Dated: April 26, 2022 | LYNCH CARPENTER LLP |
| | By: /s/     Alex R. Straus |
| | Todd D. Carpenter (Bar No. 234464)<br>LYNCH CARPENTER LLP<br>1350 Columbia Street, Ste. 603<br>San Diego, California 92101<br>Telephone:   (619) 762-1900<br>todd@lcllp.com |
| | Katrina Carroll*<br>LYNCH CARPENTER LLP<br>111 W. Washington Street, Suite 1240<br>Chicago, Illinois 60602<br>Telephone:   (312) 750-1265<br>katrina@lcllp.com |
| | Alex R. Straus (Bar No. 321366)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>280 S. Beverly Drive<br>Beverly Hills, CA 90212<br>Telephone:   (917) 471-1894<br>astraus@milberg.com |

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

JOINT STIPULATION TO EXTEND TIME TO RESPOND
AND BRIEFING SCHEDULE

Case No. 3:22-cv-02442-SK

2

Gary M. Klinger*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Jonathan M. Jagher*
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6487
jjagher@fklmlaw.com

*Pro Hac Vice* Applications Forthcoming

*Attorneys for Plaintiff Justin Walker*

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

JOINT STIPULATION TO EXTEND TIME TO RESPOND
AND BRIEFING SCHEDULE

3

Case No. 3:22-cv-02442-SK

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

By: */s/  Laurie Edelstein*
Laurie Edelstein

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation to Extend Time to Respond to the Complaint and Briefing Schedule on Motion to Dismiss Pursuant to Local Rule 6-1 filed by Plaintiff Justin Walker ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), and for good cause, the Court makes the following order:

The time for Meta to respond to the Complaint shall be extended to May 20, 2022; Plaintiff shall have until June 20, 2022 to file an opposition to Meta's anticipated Motion to Dismiss; and Meta shall have until July 7, 2022 to file a reply in support of its anticipated Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

HONORABLE SALLIE KIM
United States Magistrate Judge

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

[PROPOSED] ORDER

5

Case No. 3:22-cv-02442-SK