UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02442-SK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Regarding Docket No. 8 |

Pursuant to the Joint Stipulation to Extend Time to Respond to the Complaint and Briefing Schedule on Motion to Dismiss Pursuant to Local Rule 6-1 filed by Plaintiff Justin Walker ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), and for good cause, the Court HEREBY GRANTS the stipulation of the parties and ORDERS as follows:

The time for Meta to respond to the Complaint shall be extended to May 20, 2022; Plaintiff shall have until June 20, 2022, to file an opposition to Meta's anticipated Motion to Dismiss; and Meta shall have until July 7, 2022, to file a reply in support of its anticipated Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: April 28, 2022

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge