Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:   (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:   (202) 639-6000
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 4:22-cv-02442-JST <br><br> [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2 <br><br> Action filed:  March 17, 2022 |

1   WHEREAS, Plaintiff Justin Walker ("Plaintiff") filed the original Complaint in this matter against Defendant Meta Platforms, Inc. ("Meta") on March 17, 2022 in the Superior Court of California for the County of San Mateo, Case No. 22-CIV-01176;

WHEREAS, Meta filed a timely Notice of Removal to the United States District Court for the Northern District of California on April 20, 2022;

WHEREAS, Meta filed a Motion to Dismiss the Complaint on May 20, 2022;

WHEREAS, Plaintiff filed a First Amended Complaint on June 10, 2022;

WHEREAS, on June 10, 2022, the Court issued an order terminating Meta's Motion to Dismiss the original Complaint as moot;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Meta's responsive pleading is due within fourteen (14) days after the First Amended Complaint was filed;

WHEREAS, Meta anticipates filing a Motion to Dismiss the First Amended Complaint;

WHEREAS, the parties conferred by email on June 12, 2022 and agreed that to enable the parties to fully address the issues raised by the First Amended Complaint, they would extend the deadline for Meta to respond to the First Amended Complaint until July 15, 2022, extend the deadline for Plaintiff to file an opposition to Meta's anticipated Motion to Dismiss until August 12, 2022, and extend the deadline for Meta to file a reply in support of its anticipated Motion to Dismiss to August 26, 2022;

WHEREAS, the parties have filed with the Court a Stipulation to Extend Time to Respond to First Amended Complaint and Briefing Schedule on Motion to Dismiss Pursuant to Local Rule 6-2 setting forth these deadlines;

WHEREAS, the Court previously granted a Stipulation to Extend Time to Respond to the original Complaint on April 28, 2022;

WHEREAS, extending the foregoing deadlines will not impact any other deadlines in this case, including those set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines;

THEREFORE, good cause having been shown, IT IS HEREBY ORDERED THAT:

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

1. The deadline for Meta to answer or otherwise respond to Plaintiff's First Amended Complaint is July 15, 2022;

2. The deadline for Plaintiff to file an opposition to Meta's anticipated Motion to Dismiss is August 12, 2022;

3. The deadline for Meta to file a reply in support of its anticipated Motion to Dismiss is August 26, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  June  17 , 2022.

_____
The Honorable Jon S. Tigar
United States District Court Judge

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO FIRST AM. COMPLAINT AND BRIEFING SCHEDULE

Case No. 4:22-cv-02442-JST

3