Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:   (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:   (202) 639-6000
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUSTIN WALKER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 4:22-cv-02442 JST <br><br> **[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> Judge:  The Honorable Jon S. Tigar <br> Hearing Date:  November 3, 2022 <br> Time:  2:00 pm <br> Place:  Courtroom 6 – 2nd Floor <br><br> Action filed: March 17, 2022 |

**[PROPOSED] ORDER**

Having considered all papers filed in support of and in opposition to Defendant Meta Platforms, Inc.'s ("Meta's") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), the oral arguments of counsel, and all other pleadings and papers filed herein, including Meta's Request for Judicial Notice, the Court finds that Plaintiff has failed to state a legally cognizable claim against Meta for violation of the Video Privacy Protection Act, 18 U.S.C. § 2710.

Good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Meta's Motion to dismiss Plaintiff's First Amended Complaint is **GRANTED**; and

2. All claims for relief against Meta are hereby **DISMISSED** with prejudice without leave to amend.

Dated: _____          _____
                              The Honorable Jon S. Tigar
                              United States District Judge

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105