Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

Todd D. Carpenter (Bar No. 234464)
LYNCH CARPENTER, LLP
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
todd@lcllp.com

Alex R. Straus (Bar No. 321366)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
astraus@milberg.com

[Additional Counsel for Plaintiff on signature page]

*Attorneys for Plaintiff Justin Walker*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

JUSTIN WALKER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 4:22-cv-02442-JST

**STIPULATION TO REQUEST RESETTING OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**[Proposed Order Filed Concurrently]**

Action filed: March 17, 2022

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

Plaintiff Justin Walker ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the original Complaint in this matter against Meta on March 17, 2022 in the Superior Court of California for the County of San Mateo, Case No. 22-CIV-01176;

WHEREAS, Meta filed a timely Notice of Removal to the United States District Court for the Northern District of California on April 20, 2022 (ECF No. 1);

WHEREAS, on April 28, 2022, the Court granted the parties' stipulation to extend the time for Meta to respond to the Complaint and setting a briefing schedule (ECF No. 9);

WHEREAS, Meta filed a Motion to Dismiss the Complaint on May 20, 2022 (ECF No. 13);

WHEREAS, Plaintiff filed a First Amended Complaint on June 10, 2022 (ECF No. 23);

WHEREAS, on June 10, 2022, the Court issued an order terminating Meta's Motion to Dismiss the original Complaint as moot (ECF No. 24);

WHEREAS, on June 17, 2022, the Court granted the parties' stipulation extending the time for Meta to respond to Plaintiff's First Amended Complaint and setting a briefing schedule (ECF No. 26);

WHEREAS, on July 15, 2022, Meta filed a Motion to Dismiss the First Amended Complaint;

WHEREAS, the hearing on Meta's Motion to Dismiss the First Amended Complaint is set for November 3, 2022 at 2:00 p.m.;

WHEREAS, the parties' Initial Case Management Conference currently is set for August 23, 2022 at 2:00 p.m.;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the deadline for the parties to file the Case Management Statement and to exchange initial disclosures and a discovery plan is August 16, 2022;

WHEREAS, the parties agree that the interests of judicial efficiency and conservation of the parties' and the Court's resources would be best served by continuing the date of the Initial

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

Case Management Conference to the first available date not less than 28 days after the Court rules on Meta's pending Motion to Dismiss the First Amended Complaint and continuing the deadline for the parties to file their ADR Certifications until 7 days in advance of the rescheduled Case Management Conference, with the ADR Certifications to be filed along with the parties' Rule 26(f) Report and Case Management Statement;

WHEREAS, the Court previously granted the parties' stipulations to extend the time for Meta to respond to the original Complaint and the First Amended Complaint (ECF Nos. 9, 26);

WHEREAS, there have been no prior requests to continue the Initial Case Management Conference in this case;

THEREFORE, pursuant to Local Civil Rule 6-2, Plaintiff and Meta, by and through their respective counsel, hereby request that the Court reset the Initial Case Management Conference currently set for August 23, 2022 to the first available date not less than 28 days after the Court rules on Meta's Motion to Dismiss Plaintiff's First Amended Complaint, and the Court continue the deadline for the parties to file their ADR Certifications until 7 days in advance of the rescheduled Case Management Conference with the ADR Certifications to be filed along with the parties Rule 26(f) Report and Case Management Statement.

**IT IS SO STIPULATED.**

Dated: August 1, 2022

JENNER & BLOCK LLP

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

| | |
|---|---|
| Dated: August 1, 2022 | LYNCH CARPENTER LLP |
| | By: */s/ Gary M. Klinger* |
| | Todd D. Carpenter (Bar No. 234464) |
| | LYNCH CARPENTER LLP |
| | 1350 Columbia Street, Ste. 603 |
| | San Diego, California 92101 |
| | Telephone: (619) 762-1900 |
| | todd@lcllp.com |
| | |
| | Katrina Carroll* |
| | LYNCH CARPENTER LLP |
| | 111 W. Washington Street, Suite 1240 |
| | Chicago, Illinois 60602 |
| | Telephone: (312) 750-1265 |
| | katrina@lcllp.com |
| | |
| | Alex R. Straus (Bar No. 321366) |
| | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | 280 S. Beverly Drive |
| | Beverly Hills, CA 90212 |
| | Telephone: (917) 471-1894 |
| | astraus@milberg.com |
| | |
| | Gary M. Klinger (admitted *pro hac vice*) |
| | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | 227 W. Monroe Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | Telephone: (847) 208-4585 |
| | gklinger@milberg.com |
| | |
| | Jonathan M. Jagher* |
| | FREED KANNER LONDON & MILLEN LLC |
| | 923 Fayette Street |
| | Conshohocken, Pennsylvania 19428 |
| | Telephone: (610) 234-6487 |
| | jjagher@fklmlaw.com |
| | |
| | **Pro Hac Vice* Applications Forthcoming* |
| | |
| | *Attorneys for Plaintiff Justin Walker* |

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

By: */s/ Laurie Edelstein*
Laurie Edelstein

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

John Flynn (Bar No. 196294)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
jflynn@jenner.com

*Attorneys for Defendant Meta Platforms, Inc.*

Todd D. Carpenter (Bar No. 234464)
LYNCH CARPENTER, LLP
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
todd@lcllp.com

Alex R. Straus (Bar No. 321366)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
astraus@milberg.com

*Attorneys for Plaintiff Justin Walker*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

JUSTIN WALKER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 4:22-cv-02442-JST

**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Action filed: March 17, 2022

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

WHEREAS, Plaintiff Justin Walker ("Plaintiff") filed the original Complaint in this matter against Defendant Meta Platforms, Inc. ("Meta") on March 17, 2022 in the Superior Court of California for the County of San Mateo, Case No. 22-CIV-01176;

WHEREAS, Meta filed a timely Notice of Removal to the United States District Court for the Northern District of California on April 20, 2022 (ECF No. 1);

WHEREAS, on April 28, 2022, the Court granted the parties' stipulation to extend the time for Meta to respond to the Complaint and setting a briefing schedule (ECF No. 9);

WHEREAS, Meta filed a Motion to Dismiss the Complaint on May 20, 2022 (ECF No. 13);

WHEREAS, Plaintiff filed a First Amended Complaint on June 10, 2022 (ECF No. 23);

WHEREAS, on June 10, 2022, the Court issued an order terminating Meta's Motion to Dismiss the original Complaint as moot (ECF No. 24);

WHEREAS, on June 17, 2022, the Court granted the parties' stipulation extending the time for Meta to respond to Plaintiff's First Amended Complaint and setting a briefing schedule (ECF No. 26);

WHEREAS, on July 15, 2022, Meta filed a Motion to Dismiss the First Amended Complaint;

WHEREAS, the hearing on Meta's Motion to Dismiss the First Amended Complaint is set for November 3, 2022 at 2:00 p.m.;

WHEREAS, the parties' Initial Case Management Conference currently is set for August 23, 2022 at 2:00 p.m.;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the deadline for the parties to file the Case Management Statement and to exchange initial disclosures and a discovery plan is August 16, 2022;

WHEREAS, the parties agree that the interests of judicial efficiency and conservation of the parties' and the Court's resources would be best served by continuing the date of the Initial Case Management Conference to the first available date not less than 28 days after the Court rules

on Meta's pending Motion to Dismiss the First Amended Complaint and continuing the deadline for the parties to file their ADR Certifications until 7 days in advance of the rescheduled Initial Case Management Conference, with the ADR Certifications to be filed along with the parties' Rule 26(f) Report and Case Management Statement;

WHEREAS, the Court previously granted the parties' stipulations to extend the time for Meta to respond to the original Complaint and the First Amended Complaint (ECF Nos. 9, 26);

WHEREAS, there have been no prior requests to continue the Initial Case Management Conference in this case;

THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that the Initial Case Management Conference set for August 23, 2022, will be rescheduled to the first available date not less than 28 days after the Court rules on Meta's Motion to Dismiss the First Amended Complaint, and the deadlines for the parties to file their ADR Certifications is continued until 7 days in advance of the rescheduled Case Management Conference, with the ADR Certifications to be filed along with the parties' Rule 26(f) Report and Case Management Statement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August ___, 2022.

_______________________________
The Honorable Jon S. Tigar
United States District Court Judge

**JENNER & BLOCK LLP**
**455 Market Street, Suite 2100**
**San Francisco, CA 94105**