UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02442-JST<br><br>**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED** |

The Court dismissed Plaintiff Justin Walker's complaint on March 3, 2023, and granted partial leave to amend. ECF No. 42. Following the parties' agreement to extend time for Walker to file an amended complaint, his amended complaint was due by May 3, 2023. ECF No. 45. To date, Walker has not filed an amended complaint.

Accordingly, within seven days of this order, Walker shall show cause as to why this case should not be dismissed. Failure to file a timely response to this order to show cause will result in the dismissal of this case with prejudice.

**IT IS SO ORDERED.**

Dated: May 12, 2023

_____
JON S. TIGAR
United States District Judge