UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>        Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02442-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: ECF No. 48 |

Pursuant to the May 17, 2023, Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) in which Plaintiff Justin Walker voluntarily dismissed the claims he asserted in this action on his own behalf, with prejudice, *see* ECF No. 48, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 18, 2023

Mark Busby
Clerk, United States District Court


Mark Busby

By: _____

Mauriona Lee, Deputy Clerk to the Honorable JON S. TIGAR